United States District Court
Southern District of Texas
**ENTERED**
November 04, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA ESTER GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00255 |
| | § | |
| WAL-MART STORES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On December 10, 2014, this Court entered an Agreed Order on Defendants' Motion to Compel Arbitration (D.E. 58), referring this matter to arbitration and staying this litigation. The Court has been advised that mediation is scheduled in January 2016 and that arbitration, if necessary, will take place in February 2016. Modifying the stay of litigation, the Court ORDERS the parties to file a joint status report on May 1, 2016, and every six months thereafter to advise the Court whether the matter has been resolved and whether this case may be closed.

ORDERED this 4th day of November, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE